## Ralph M. BAILETS

v.

## PENNSYLVANIA TURNPIKE COMMISSION, Anthony Q. Maun, (Director of Accounting), and Nikolaus H. Grieshaber, (Chief Financial Officer)

### Appeal of: Pennsylvania Turnpike Commission

### Ralph M. Bailets

v.

### Pennsylvania Turnpike Commission, Anthony Q. Maun, (Director of Accounting), and Nikolaus H. Grieshaber, (Chief Financial Officer)

### Appeal of: Pennsylvania Turnpike Commission

No. 126 MAP 2016
No. 23 MAP 2017

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of August, 2017, oral argument is **GRANTED, LIM-ITED** to the following issue raised in the appeal docketed at 126 MAP 2016, as phrased by appellant:

"Was the award of $1.6 million in 'non-economic damages' proper where the Whistleblower Law does not permit such damages and where the amount of non-economic damages awarded was arbitrary, excessive, and lacking in any rational basis in the record?"

The Commonwealth Court's order is **AFFIRMED** in all other respects. The appeal and ancillary petition at 23 MAP 2017 are **DISMISSED** as **MOOT.**